UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| OPTIMUMPATH, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BELKIN INTERNATIONAL, INC., | ) | C/A No. 4:08-cv-00317-TLW |
| BUFFALO TECHNOLOGY (USA), INC., | ) | |
| CISCO LINKSYS L.L.C., COMPEX | ) | |
| INC., D-LINK SYSTEMS, INC., | ) | |
| NETGEAR, INC. AND SMC | ) | |
| NETWORKS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION STAYING CONFERENCE AND SCHEDULING OBLIGATIONS**

The parties to this action hereby move pursuant to D.S.C. Local Rule 16.00 and 16.01 that the Court refrain from entering a conference and scheduling order in this case until such time as the defendants' motion to transfer venue (Docket No. 69) has been heard and resolved by the Court. The parties believe staying these obligations until such time as the motion has been resolved will conserve both the Court's and the parties' resources.

WE SO MOVE:

| HAYNSWORTH SINKLER BOYD, P.A. | BARNWELL WHALEY PATTERSON AND HELMS |
|---|---|
| By *s/Sarah P. Spruill*<br>Manton M. Grier, D.S.C. No. 2461<br>Sarah P. Spruill, D.S.C. No. 8054<br>1201 Main Street, Suite 2200 (29201)<br>Post Office Box 11889 (29211)<br>Columbia, South Carolina<br>Telephone: 803.779.3080<br>mgrier@hsblawfirm.com<br>sspruill@hsblawfirm.com | By *s/Billy Craig Killough*<br>Billy Craig Killough<br>P.O. Drawer H<br>Charleston, SC  29402<br>843 577-9800<br>bckillough@charleston.net<br><br>Attorneys for Plaintiff |

Attorneys for Defendants Belkin International, Inc., Buffalo Technology (USA), Inc., Cisco Linksys, L.L.C., Compex, Inc., D-Link Systems, Inc., Netgear, Inc., and SMC Networks, Inc.

May 28, 2008